**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
NORTHERN DIVISION
AT ASHLAND**

CRIMINAL ACTION NO. 16-11-DLB-EBA-1

UNITED STATES OF AMERICA                                    PLAINTIFF

v.           **ORDER ADOPTING REPORT AND RECOMMENDATION**

HEATHER S. FLUTY                                             DEFENDANT

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

This matter is before the Court upon the February 4, 2019 Report and Recommendation ("R&R") of United States Magistrate Judge Edward B. Atkins (Doc. # 100), wherein he recommends that Defendant's Motion to Vacate, Set Aside or Correct Sentence pursuant to 28 U.S.C. § 2255 (Doc. # 80) be denied. The deadline for filing objections was February 22, 2019. That deadline having now expired without any objections being filed, the R&R is ripe for the Court's consideration. The Court having reviewed the R&R, and concluding that it is sound in all respects, and being otherwise sufficiently advised,

**IT IS ORDERED** as follows:

(1) The Magistrate Judge's Report and Recommendation ("R&R") (Doc. # 100) is hereby **adopted** as the findings of fact and conclusions of law of the Court;

(2) The Defendant's Motion to Vacate, Set Aside or Correct Sentence pursuant to 28 U.S.C. § 2255 (Doc. # 80) is hereby **denied**;

1

(3) For the reasons set forth in the Magistrate Judge's R&R (Doc. # 100), the Court determines there would be no arguable merit for an appeal in this matter and, therefore, **no certificate of appealability shall issue**; and

(4) A separate Judgment will be filed concurrently herewith.

This 18th day of April, 2019.



Signed By:
David L. Bunning
United States District Judge

J:\DATA\ORDERS\Ashland Criminal\2016\16-11 Order Adopting R&R re 2255.docx